UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL FINANCE, LLC,

        Plaintiff(s),

v.                        CASE NO. 8:07-CV-29-T-17EAJ

PAY PRO CARD CORPORATION,

        Defendant(s).

_____/

ORDER

This cause is before the Court on:

Dkt. 42 Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Plaintiff's Motion to Tax Attorney's Fees and Costs be granted, and Plaintiff be awarded $21,826.00 in attorney's fees and $994.25 in costs.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, which is incorporated herein by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 42) is adopted and incorporated. The Motion to Tax Attorney's Fees and Costs is **granted** in the amount of $21,826.00 for attorney's fees and $644.25 for costs, under Sec. 772.11(1), Fla Stat. It is further

Case No. 8:07-CV-29-T-17EAJ

**ORDERED** that Plaintiff's Proposed Bill of Costs is **granted** in part.  The Clerk of Court shall enter a Bill of Costs against Defendant in favor of Plaintiff in the amount of $350.00, pursuant to 28 U.S.C. Sec. 1920.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 20th day of October, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record